AO 467 (Rev. 01/09; CAND version 05/19) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

Case 4:23-mj-70876-MAG   Document 3   Filed 06/16/23   Page 1 of 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
FILED
Jun 16 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND
```

| | |
|---|---|
| United States of America<br><br>v.<br><br>ROBERT GODINEZ,<br><br>Defendant. | Case No.  4:23-mj-70876-MAG-1 (DMR)<br><br>Charging District:  Eastern District of California, Sacramento<br>Charging District's Case No.:<br>2:23-mj-0091 CKD |

**ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL**

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| Place:  United States District Court<br>Eastern District of California<br>Robert T. Matsui United States Courthouse<br>501 I Street, Sacramento, CA  95814 | Before:  Mag. Judge Carolyn K. Delaney<br>Courtroom No. 24, 8th Floor |
|---|---|
| | Date and Time:  June 30, 2023 at 2:00 p.m. |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated:  June 16, 2023

_____
Donna M. Ryu
Chief Magistrate Judge

Cc: CRD of Mag. Judge Carolyn K. Delaney, Pretrial Services, Oakland US Marshal